NO. 07-10-00077-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL D
 
--------------------------------------------------------------------------------
JULY 20, 2010
--------------------------------------------------------------------------------

 
 STEFAN KLIMAJ, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;
 
 NO. 2008-449,836; HONORABLE LARRY B. "RUSTY" LADD, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

 ON MOTION TO DISMISS

Appellant Stefan Klimaj has filed a motion to dismiss his appeal and a document entitled "Withdrawal of Notice of Appeal." By the latter document, appellant prays for dismissal of his appeal. Both documents are signed by appellant and his attorney. Tex. R. App. P. 42.2(a). 
No decision of this court having been delivered to date, we grant the motion to dismiss. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 James T. Campbell
 Justice
Do not publish.